

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00373-CR

| | | |
|---|---|---|
| ALFREDO GONZALEZ, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13504) |
| V. | § | February 28, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's count two judgment for unlawful possession of a firearm. That judgment is affirmed.

This court holds that there was error in the trial court's count one judgment for possession of four or more, but less than two hundred, grams of methamphetamine with intent to deliver and incorporated order to withdraw funds. The methamphetamine-possession judgment and incorporated order to withdraw funds are modified to delete the $180 restitution award, $12 restitution installment fee, $30 witness conveyance fee, and $45 of the arrest fee. The amended bill of costs is

modified in the same manner (except for the restitution) so that it assesses only $429 in total court costs. It is ordered that the trial court's methamphetamine-possession judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM